UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

RONALD ELLIOTT and               )
RITA ELLIOTT,                    )
                                 )
              Plaintiffs,        )
                                 )         Case No. 3:17-cv-00025-RLY-MPB
      v.                         )
                                 )
STEPHEN JORDAN, WILLIAMS         )
TRUCKING, LLC, INDIANA SIGN &    )
BARRICADE, RAGLE, INC., AND      )
BEAM, LONGEST & NEEF, INC.       )
                                 )
              Defendants.        )

FIRST AMENDED COMPLAINT FOR DAMAGES

COUNT I

Plaintiffs, Ronald Elliott and Rita Elliott, for their claim for relief state:

1.    On July 20, 2015, Plaintiff, Ronald Elliott, was the driver of a vehicle traveling north on U.S. Highway 41 in Vanderburgh County, Indiana, when he was involved in a collision with a vehicle also traveling north on U.S. Highway 41 which was being driven by the Defendant, Stephen Jordan.

2.    Defendant, Stephen Jordan, was in the course and scope of his employment with the Defendant, Williams Trucking, LLC, at the time of the collision.

3.    Defendant, Indiana Sign & Barricade was in control of maintenance of traffic at U.S. Highway 41 in Vanderburgh County, Indiana.

4.    Defendant, Ragle, Inc. was the general contractor hired to complete the construction project located at U.S. Highway 41 in Vanderburgh County, Indiana.

5.     Defendant, Beam, Longest & Neff, Inc. was the designer hired to complete the construction project located at U.S. Highway 41 in Vanderburgh County, Indiana.

6.     The collision was responsibly caused by the carelessness and negligence of the Defendant, Stephen Jordan, in the operation of his vehicle, for failure to maintain a reasonable and proper lookout, failure to yield, and following too closely, in violation of I.C. 9-21-8-14.

7.     Defendant, Williams Trucking, LLC, is vicariously liable for the careless and negligent acts of its employee, Defendant Stephen Jordan, while in the course and scope of his employment.

8.     The collision was responsibly caused by the carelessness and negligence of the Defendant, Indiana Sign & Barricade, for failure to install adequate warning signs and for failure to properly reduce the speed limit.

9.     The collision was responsibly caused by the carelessness and negligence of the Defendant, Ragle, Inc., for failure to install adequate warning signs and for failure to properly reduce the speed limit.

10.     The collision was responsibly caused by the carelessness and negligence of the Defendant, Beam, Longest & Neff, Inc., for faulty design that allowed for inadequate warning signs and improper reduction of the speed of vehicles approaching site.

11.     As a result of the collision, the Plaintiff, Ronald Elliott, sustained physical injuries which are permanent and suffered and continues to suffer physical and mental pain.

12.     As a responsible result of the collision, the Plaintiff incurred hospital and medical expenses, lost wages and may incur such expenses and losses in the future, as well as the

loss of a whole and useful life.

WHEREFORE, Plaintiffs demand judgment against the Defendants, Stephen Jordan, Williams Trucking, LLC, Indiana Sign & Barricade, Ragle, Inc. and Beam, Longest & Neff, Inc., in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

COUNT II

Plaintiffs, Ronald Elliott and Rita Elliott, for their second claim for relief state:

13.     Plaintiffs reallege rhetorical paragraphs 1 through and including 12 of Count I of this Complaint for Damages as if fully set forth herein and by reference make them a part of this Count II.

14.     At all times material to the allegations of Count II of this Complaint Plaintiff Rita Elliott was the spouse of Plaintiff, Ronald Elliott.

15.     As a result of the carelessness and negligence of the Defendants, Stephen Jordan, Williams Trucking, LLC, Indiana Sign & Barricade, Ragle, Inc. and Beam, Longest & Neff, Inc., Plaintiff Rita Elliott lost the services and consortium of her spouse.

WHEREFORE, Plaintiffs demand judgment against the Defendants in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

BLACKBURN AND GREEN

By: _____
Anna C. Finnerty (19325-82)
R.T. Green (7279-03)
Collin W. Green (33781-49)
Attorneys for Plaintiff
3420 Morgan Avenue, Suite F
Evansville, IN 47715
Telephone:  (812) 471-5744

## CERTIFICATE OF SERVICE

This will certify that on the ___21___ day of April, 2017, a complete copy of the above and foregoing document was delivered by electronic filing to:

Christopher Whitten, Esq.
James Culp, Esq.
Whitten Law Office
6801 Gray Rd. Ste. H
Indianapolis, IN 46237
cwhitten@indycounsel.com
jculp@indycounsel.com

_____
Anna Finnerty (19325-82)
R.T. Green (7279-03)
Jennifer N. Risser (31484-49)
BLACKBURN & GREEN
Attorneys for Plaintiffs
3420 Morgan Ave., Ste. F
Evansville, IN 47715
Telephone: (812) 471-5744