UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD ELLIOTT and <br> RITA ELLIOTT, <br><br> *Plaintiff,* <br><br> v. <br><br> STEPHEN JORDAN, WILLIAMS <br> TRUCKING, LLC, INDIANA SIGN & <br> BARRICADE, RAGLE, INC., AND <br> BEAM, LONGEST & NEEF, INC. <br><br> *Defendants.* | Cause No. 3:17-CV-00025-RLY-MPB |

**<u>DEFENDANT, RAGLE, INC.'S CORPORATE DISCLOSURE STATEMENT</u>**

Comes now Defendant, Ragle Inc., by counsel, and pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

1. Ragle, Inc. is a nongovernmental corporate party, does not have a parent corporation and no publicly held company or investment fund holds 10% or more ownership interest in the corporation.

Respectfully submitted,

*/s/ James P. Scheidler*
James P. Scheidler (31497-49)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-853-7368 / F: 317-663-8580
jscheidler@reminger.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following *registered* parties.

Anna C. Finnerty
Jennifer Nichole Risser
R.T. Green
Collin W. Green
BLACKBURN AND GREEN
3420 Morgan Avenue, Suite F
Evansville, IN 47715
afinnerty@blackburnandgreen.com
jrisser@blackburnandgreen.com
rtgreen@blackburnandgreen.com
cgreen@blackburnandgreen.com
*Counsel for Plaintiffs, Ronald Elliott and Rita Elliott*

Christopher Whitten
James Culp
Jason Hoy
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
cwhitten@indycounsel.com
jculp@indycounsel.com
jhoy@indycounsel.com
*Counsel for Defendants, Stephen Jordan and Williams Trucking, LLC*

                                      */s/ James P. Scheidler*
                                      James P. Scheidler (31497-49)
                                      REMINGER CO., L.P.A.